.

```
LASHARA MAKESE EDWARDS        USDA RURAL DEVELOPMENT
1123 EAST AVE                 C/O US ATTORNEY
PHILADELPHIA, MS 39350        501 E COURT ST
                              STE 4.401
                              JACKSON, MS 39201


THOMAS C. ROLLINS, JR.        VERIZON WIRELESS
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                P.O.BOX 408
JACKSON, MS 39236             NEWARK, NJ 07101



ADVANCED RECOVERY             WALNUT GROVE
219 KATHERINE DRIVE           109 CHADWICK AVE
FLOWOOD, MS 39232             WALNUT GROVE, MS 39189




AMERICAN CREDIT ACCEPT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302



SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058




SUNBIT FINANCIAL
ATTN: BANKRUPTCY
PO BOX 24010
LOS ANGELES, CA 90024



TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001



USDA RURAL DEVELOPMENT
PO BOX 66801
SAINT LOUIS, MO 63166-6801
```