Certificate Number: 17082-MSS-DE-040371509

Bankruptcy Case Number: 25-02883



17082-MSS-DE-040371509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 2, 2025, at 3:38 o'clock PM MST, LASHARA M EDWARDS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 2, 2025            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director