# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Lashara Makese Edwards                BANKRUPTCY NO. 25-02883-JAW

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Advanced Recovery Systems, Inc. and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> John S. Simpson, MSB No. 8525
> Simpson Law Firm PA
> Attorney for Advanced Recovery Systems, Inc.
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> jsimpson@simpsonlawfirm.net

Date:  January  21 , 2026.

/s/ John S. Simpson
John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

Torri Parker Martin, Chapter 13 Trustee
P.O. Box 31980
Jackson, MS 39286
(601)981-9100
sellis@tpmartinch13.com

by electronic notice, on January  21 , 2026.

/s/ John S. Simpson
John S. Simpson