## In the United States Bankruptcy Court
## Northern District of Mississippi

IN RE: Lashara Makese Edwards        ) Chapter: 13
                                                           ) Bankruptcy No: 25-02883
                                                           ) Account No: 7244
                                                           ) **REQUEST FOR NOTICE**

      Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

                              United States Department of Agriculture
                              Customer Service Center
                              PO Box 66879
                              St. Louis, MO  63166

                              UNITED STATES OF AMERICA
                              United States Department of Agriculture
                              Rural Housing Service

Date: 01/21/2026        /s/ William E. McClain
                              William E. McClain
                              Bankruptcy Processor
                              Centralized Servicing Center - USDA
                              1-800-349-5097 ext. 5414