In the United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| IN RE: Lashara Makese Edwards | ) Chapter: 13 |
| | ) Bankruptcy No: 25-02883 |
| | ) Account No: 7244 |
| | ) **REQUEST FOR NOTICE** and |
| | A Certificate of Service for the |
| | Southern District of Mississippi |
| | United States Bankruptcy Court |

Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Customer Service Center
PO Box 66879
St. Louis, MO  63166


UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service


Date: 01/23/2026

/s/ William E. McClain

William E. McClain
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5414