United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-02883-JAW

Lashara Makese Edwards     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2

Date Rcvd: Jan 21, 2026     Form ID: n031     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lashara Makese Edwards, 1123 East Ave, Philadelphia, MS 39350-3503 |
| 5588657 | + | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024-0010 |
| 5588660 | | USDA Rural Development, PO Box 66801, Saint Louis, MO 63166-6801 |
| 5588663 | + | Walnut Grove Finance LLC, 109 Chadwick Ave, Walnut Grove, MS 39189-6547 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588654 | | Email/Text: rboone@simpsonlawfirm.net | Jan 21 2026 19:36:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5588655 | + | Email/Text: bankruptcy@acacceptance.com | Jan 21 2026 19:36:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St,, Spartanburg, SC 29302-2149 |
| 5614236 | ^ | MEBN | Jan 21 2026 19:33:22 | John S. Simpson, Esq., Simpson Law Firm PA, for Advanced Recovery Systems, Inc., P.O. Box 2058, Madison MS 39130-2058 |
| 5588656 | | Email/Text: rboone@simpsonlawfirm.net | Jan 21 2026 19:36:00 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5588657 | ^ | MEBN | Jan 21 2026 19:33:06 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024-0010 |
| 5588658 | | Email/Text: bankruptcy@towerloan.com | Jan 21 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5612097 | + | Email/Text: bankruptcy@towerloan.com | Jan 21 2026 19:36:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5588659 | ^ | MEBN | Jan 21 2026 19:33:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5588661 | + | Email/Text: ebone.woods@usdoj.gov | Jan 21 2026 19:36:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5588662 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2026 19:35:00 | Verizon Wireless, Attn: Bankruptcy, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Advanced Recovery Systems, Inc. |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lashara Makese Edwards trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02883−JAW
**Chapter:** 13

**In re:**

Lashara Makese Edwards
aka Lashara M Edwards
1123 East Ave
Philadelphia, MS 39350

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on 01/21/2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 21, 2026                         Danny L. Miller, Clerk of Court