## In the United States Bankruptcy Court
## Southern District of Mississippi

IN RE: Lashara Makese Edwards ) Chapter: 13
) Bankruptcy No: 25-02883
) Account No: 7244
)
    A Certificate of Service for the
    Southern District of Mississippi
    United States Bankruptcy Court

    Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

    United States Department of Agriculture
    Customer Service Center
    PO Box 66879
    St. Louis, MO  63166

    UNITED STATES OF AMERICA
    United States Department of Agriculture
    Rural Housing Service

Date: 01/26/2026         /s/ William E. McClain
                            William E. McClain
                            Bankruptcy Processor
                            Centralized Servicing Center - USDA
                            1-800-349-5097 ext. 5414