**Fill in this information to identify the case:**

Debtor 1: Lashara Makese Edwards

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number: 25-02883

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 4 4

**Date of payment change:**
Must be at least 21 days after date of this notice
04 / 21 /2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 910.34

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 314.30      New escrow payment: $ 542.68

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   Current HELOC payment:      $_____

   Reconciliation amount:      + $_____ or
                               - $_____

| Debtor 1 | Lashara Makese Edwards | | | Case number *(if known)* | 25-02883 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| **Amount of next payment (including reconciliation amount)** | $_____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | $_____ |

| **Part 4:** | **Other Payment Change** |
|---|---|

4.   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____

Current mortgage payment: $ _____ 681.96        New mortgage payment: $ _____ 910.34

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/ Vanessa McDonald                                Date 02/10/2026
   Signature

| Print: | Vanessa | | McDonald | Title | `Bankruptcy Specialist |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | USDA - Rural Housing Sevice - CSC |
|---|---|

| Address | PO Box 66879 | |
|---|---|---|
| | Number | Street |

| | St Louis | | MO | 63166 |
|---|---|---|---|---|
| | City | | State | ZIP Code |

| Contact phone | 800  349 – 5097 | Email | sm.rd.so.bkr@usda.gov |
|---|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT**

**Southern District of Mississippi**

**PAYMENT CHANGE SUMMARY**

**Completed By:** Vanessa McDonald

02/10/2026
(Date)

| | |
|---|---|
| **Debtor(s) & Address:** Lashara Makese Edwards | **Case No.** 25-02883 |
| | **Claim No.** 6 |
| 1123 East Ave | **USDA Acct No.** 7  2  4  4 |
| Philadelphia, MS 39350 | |
| NESHOBA-MS | |

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

**Effective** 04  21  2026 , **the monthly ongoing payment is changing due to:**

No ___  Yes ✓  **ESCROW:**

No ✓  Yes ___  **OTHER:**

---

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 367.66 | Principal & Interest | 367.66 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 367.66 | Total P&I Payment | 367.66 |
| | | | |
| Escrow | 314.30 | Escrow | 463.98 |
| Escrow shortage | | Escrow shortage | 78.70 |
| Total Escrow | 314.30 | Total Escrow | 542.68 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 681.96 | Total Payment | 910.34 |

**Southern District of Mississippi**

Case No.     25-02883
Claim No.         6

## <u>CERTIFICATE OF SERVICE</u>

I,  Vanessa McDonald  , do hereby certify that on  02/10/2026, I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:


By U.S. Mail, postage prepaid:

Lashara Makese Edwards

Debtor(s)

1123 East Ave
Philadelphia, MS 39350
NESHOBA-MS



Via CM/ECF:

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236



Chapter 13 Trustee:

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201



<u>Date:</u>  02/10/2026

/s/  Vanessa McDonald
Vanessa McDonald
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS          MO 63102


800-414-1226



LASHARA EDWARDS                         YOUR LOAN NUMBER:
1123 EAST AVENUE
PHILADELPHIA       MS 39350

                                        DATE: 01/22/26
```

         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 04/21/26 THROUGH 03/31/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 04/21/26 THROUGH 03/31/27 -------
                    INSURANCE                 4977.00
                    COUNTY TAX                 590.84

           TOTAL PAYMENTS FROM ESCROW         5567.84

           MONTHLY PAYMENT TO ESCROW           463.98 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 04/21/26 THROUGH 03/31/27--------
          -ANTICIPATED PAYMENTS-      -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | | REQUIRED |
|---|---|---|---|---|---|---|
| | | | ACTUAL STARTING BALANCE | -3330.06 | | 1392.02 |
| APR 26 | 463.98 | | | -2866.08 | | 1856.00 |
| MAY 26 | 463.98 | | | -2402.10 | | 2319.98 |
| JUN 26 | 463.98 | | | -1938.12 | | 2783.96 |
| JUL 26 | 463.98 | | | -1474.14 | | 3247.94 |
| AUG 26 | 463.98 | | | -1010.16 | | 3711.92 |
| SEP 26 | 463.98 | | | -546.18 | | 4175.90 |
| OCT 26 | 463.98 | | | -82.20 | | 4639.88 |
| NOV 26 | 463.98 | | | 381.78 | | 5103.86 |
| DEC 26 | 463.98 | | | 845.76 | | 5567.84 |
| JAN 27 | 463.98 | 590.84 | COUNTY TAX | 718.90 | | 5440.98 |
| FEB 27 | 463.98 | 4977.00 | INSURANCE ALP | -3794.12 | RLP | 927.96 |
| MAR 27 | 463.98 | | | -3330.14 | | 1391.94 |

----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -----------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -4722.08.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT

WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM APRIL 21, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                        367.66
           ESCROW (1/12TH OF ANNUAL ANTICIPATED        463.98
                DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
           PLUS: SHORTAGE PAYMENT                       78.70
           MINUS: SURPLUS CREDIT                         0.00
           ROUNDING ADJUSTMENT                           0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00
```


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 04/21/26      910.34
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       927.96.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       927.96.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
05/24        314.30        06/24            314.30        07/24        6600.30    *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/26    4977.00 INSURANCE                  00/00        0.00
00/00       0.00                            00/00        0.00
```

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS          MO 63102

800-414-1226



LASHARA EDWARDS                    YOUR LOAN NUMBER:
1123 EAST AVENUE
PHILADELPHIA        MS 39350

                                  DATE: 01/22/26
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING APR 01, 2025 AND ENDING MAR 31,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

```
          --- YOUR PAYMENT BREAKDOWN AS OF APR 01, 2025 IS ---

              PRINCIPAL & INTEREST         367.66
              ESCROW DEPOSIT               314.30
              OPTIONAL INSURANCE             0.00
              REPLACE RESV/FHA SVC CHG       0.00
              SHORTAGE                       0.00
              DEFICIENCY                     0.00
              SURPLUS                        0.00
              ROUNDING                       0.00
              LESS BUYDOWN/ASST PAYMENT      0.00
              BORROWER PAYMENT             681.96
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|-------|------------------------------|--------|--------------------------------|--------|-------------|--------------------------|--------|
| JAN 25 | | | | 594.20 | COUNTY | | -594.20 |
| FEB 25 | | | | 4977.00 | INSURA | | -5571.20 |
| MAR 25 | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |
| | | 314.30 | | | | | |

```
                   314.30
                   314.30
                   314.30                                                    0.00
                                    STARTING BALANCE         0.00         -608.27
APR 25                                                        T           -608.27
MAY 25                                                                    -608.27
JUN 25                                                                    -608.27
JUL 25                                                                    -608.27
AUG 25                                                                    -608.27
SEP 25                                                                    -608.27
OCT 25                                                                    -608.27
NOV 25                                                                    -608.27
DEC 25                                                                    -608.27
JAN 26            -4382.85             590.84  COUNTY                    -5581.96 A
FEB 26                                                                   -5581.96
MAR 26                                                                   -5581.96
TOTALS             331.65              6162.04
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS          0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -5581.96.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)

ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00          00/00          0.00          00/00          0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00                         00/00          0.00

```
TOTALS              331.65              6162.04
00/00      0.00                         00/00      0.00
```