## In the United States Bankruptcy Court
## Southern District of Mississippi

IN RE:  Lashara Edwards

) Chapter:  7
) Bankruptcy No: 25-02883
) Account No:  7244
) **REQUEST FOR NOTICE**

Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Natl. Financial & Accounting Operations Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA  United States Department of Agriculture   Rural Housing Service Rural Development   Centralized Servicing Center

Date: 06/10/2026

/s/ Vanessa McDonald

Vanessa McDonald
Bankruptcy Processor
Customer Service Center - USDA
1-800-349-5097 ext.