United States Bankruptcy Court
Southern District of Mississippi

In re:

Lashara Makese Edwards

    Debtor

Case No. 25-02883-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: n050 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5616096 | + | USDA RHS CSC, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 5588660 | | USDA Rural Development, PO Box 66801, Saint Louis, MO 63166-6801 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: sm.rd.so.bkr@usda.gov | Jun 11 2026 19:29:00 | USDA, PO BOX 66879, ST LOUIS, MO 63166-6879 |
| cr | + | Email/Text: sm.rd.so.bkr@usda.gov | Jun 11 2026 19:29:00 | USDA Rural Development, Centralized Servicing Center, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 5588661 | + | Email/Text: ebone.woods@usdoj.gov | Jun 11 2026 19:30:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5614453 | + | Email/Text: sm.rd.so.bkr@usda.gov | Jun 11 2026 19:29:00 | United States Department of Agriculture, Centralized Servicing Center, PO Box 66879, St. Louis MO 63166-6879 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

District/off: 0538-3        User: mssbad        Page 2 of 2
Date Rcvd: Jun 11, 2026        Form ID: n050        Total Noticed: 6

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lashara Makese Edwards trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

n050−ntcfilecos (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                      **Case No.:** 25−02883−JAW

   Lashara Makese Edwards                                      **Chapter:** 13

   *Debtor(s)*

**To:** USDA Rural Development Attn: Vanessa McDonald

### Notice to File Certificate of Service

On June 10, 2026, you filed a *Request for Notice* (Dkt. # 36) on behalf of USDA Rural Development (the "Creditor") in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9004−1(c) documents filed with the clerk that require notice must include a Certificate of Service ("Certificate") identifying (i) each person or entity served with the filing; (ii) the date of service; and (iii) the manner of service.

Therefore, **on or before June 25, 2026**, the Creditor must file a Certificate for the above−referenced document providing the information required by Miss. Bankr. L.R. 9004−1(c). Failure to comply with this Notice may result in a hearing to show cause why the above−referenced document should not be stricken or dismissed.

Date: June 11, 2026                    Danny L. Miller, Clerk of Court
                                       Thad Cochran U.S. Courthouse
                                       501 E. Court Street
                                       Suite 2.300
                                       Jackson, MS 39201
                                       601−608−4600